IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:11CR391 |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| vs. | ) | MEMORANDUM AND ORDER |
| | ) | |
| CHRISTOPHER DOUGLAS, | ) | |
| | ) | |
| Defendant. | ) | |

     This matter is before the court on the Findings and Recommendation (Filing No. 11) of Magistrate Judge Thomas D. Thalken recommending that I accept the defendant's plea of guilty. There are no objections to the Findings and Recommendation. Pursuant to 28 U.S.C. § 636(b)(1)(C) and NECrimR 11.2(d), the court has conducted a de novo review of the record.

     After careful review,

     IT IS ORDERED:

     1. The Findings and Recommendation (Filing No. 11) is adopted.

     2. The defendant is found guilty of the crime set forth in Count I of the Information. The plea is accepted. The court finds that the plea of guilty is knowing, intelligent, voluntary, and that a factual basis exists for the plea.

     3. The court accepts the written plea agreement with the understanding that it is not bound by the parties' stipulations, but may with the aid of the presentence report, determine the facts relevant to sentencing.

     4. This case shall proceed to sentencing.

     DATED this 29th day of December, 2011.

     BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge

---

     *This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.